**Opinion issued October 7, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-20-00834-CV

————————————

### IN RE NASARIO VASQUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Nasario Vasquez, has filed a petition for writ of mandamus asking that we order the Director of the Texas Department of Criminal Justice (TDCJ) to transport relator to a hospital for treatment of a staph infection.[1]

---

[1] There is no underlying trial court case for this proceeding, but appellant's original criminal conviction was in trial court case number 1464140, styled *The State of Texas v. Nasario Vasquez*. This proceeding concerns treatment of a medical condition by TDCJ staff.

This Court has power to issue writs to enforce our jurisdiction and against judges of district or county courts in our court of appeals district. *See* TEX. GOV'T CODE § 22.221(a), (b). The Legislature has not given this Court the power to issue mandamus relief against the Director of TDCJ.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.